IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS ROSSETER,

    Plaintiff,

v.

INDUSTRIAL LIGHT & MAGIC, a division of LUCAS FILM ENTERTAINMENT COMPANY, LTD., a California corporation, and DOES 1 through 20, inclusive,

    Defendants.
_____/

No. C 08-04545 WHA

**ORDER DENYING REQUEST TO CONTINUE RULE 26(F) REPORT AND INITIAL DEADLINES DISCLOSURES**

The motion to continue Rule 26(f) disclosures is **DENIED** because even if the case is dismissed, the parties are contemplating mediation and the disclosures will be useful no matter what. The case management conference will proceed on the same day as the motion to dismiss. The Court will, however, approve the ADR process selected by counsel.

**IT IS SO ORDERED.**

Dated: December 15, 2008.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE