1  ROBERT M. LIEBER, ESQ. SBN: 039976
   NAKI M. IRVIN, ESQ. SBN: 094120
2  CATHY S. BEYDA, ESQ. SBN: 148176
   MARGOLIS & TISMAN LLP
3  111 Pine Street, Suite 1620
   Telephone 415-986-2144
4  Fax 415-968-4461

5  Attorneys for Defendant
   INDUSTRIAL LIGHT & MAGIC, a division of
6  LUCASFILM ENTERTAINMENT COMPANY, LTD.

7

8  DAVID C. KING, ESQ. SBN: 114990
   LAW AND MEDIATION OFFICES OF DAVID C. KING
9  17 Keller Street
   Petaluma, California 94952
10 Telephone 707-762-6385
   Fax 707-778-1086
11
   Attorney for Plaintiff
12 THOMAS ROSSETER

13
                UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15

16
   THOMAS ROSSETER;                          Case No. CV 08 4545-WHA
17                                           Assigned for all Purposes to:
                Plaintiff,                   Hon. William H. Alsup
18
19     v.                                    STIPULATION AND [PROPOSED]
                                             ORDER EXTENDING DEADLINE FOR
20 INDUSTRIAL LIGHT & MAGIC, a division of   ENE
21 LUCASFILM ENTERTAINMENT
   COMPANY, LTD., a California corporation,  Action Filed: September 29, 2008
22 and DOES 1 through 20, inclusive,         Trial Date: February 8, 2010
23
                Defendants.
24

25      Plaintiff Thomas Rosseter and Defendant Industrial Light & Magic, by and through

26 their respective counsel of record agree and stipulate as follows:

27      Counsel met with Daniel Bowling, ADR Staff Attorney, on March 4, 2009, to

28 discuss the scheduling of the ENE in the above-referenced matter. In light of the procedural status

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
111 Pine St. Suite 1620
San Francisco
California 94111

STIPULATION AND [PROPOSED] ORDER EXTENDING ENE DEADLINE

Stipulation and Order.doc

1  of the case, counsel and Mr. Bowling discussed the benefit of extending the April 23, 2009,
2  deadline for completing the ENE process.
3  　　　Specifically, Plaintiff has filed a motion for leave to amend his complaint, the
4  hearing on which is scheduled for March 19, 2009. Should that motion be granted, counsel would
5  appreciate an opportunity to engage in limited discovery to facilitate the ENE process. Mr. Bowling
6  agreed with this approach and suggested that a three month extension should be a sufficient amount
7  of time given the current status of the case and counsel's respective calendars.
8  　　　On March 10, 2009, the Court notified the parties that Stephen A. McKae has been
9  assigned as the evaluator in this case. Mr. McKae has since advised counsel, by letter filed with this
10 Court, that a postponement of the ENE would be appreciated by him as well.
11 　　　THEREFORE, in order to provide the parties with an opportunity to conduct
12 discovery necessary for a meaningful ENE session, the parties agree to postpone the ENE deadline
13 until July 23, 2009.

14

15 Dated: March 18, 2009                    LAW AND MEDIATION OFFICES OF
16                                          DAVID C. KING
17                                          By: /s/ David C. King
18                                              DAVID C. KING

19                                          Attorneys for Plaintiff THOMAS ROSSETER

20                                          MARGOLIS & TISMAN LLP
21
22                                          By: /s/ Robert M. Lieber
                                                ROBERT M. LIEBER
23
                                            Attorneys for Defendant INDUSTRIAL
24                                          LIGHT & MAGIC, a division of LUCASFILM
                                            ENTERTAINMENT COMPANY, LTD.
25
26
27
28

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
111 Pine Street, Suite 1620
San Francisco,
California 94111

STIPULATION AND [PROPOSED] ORDER EXTENDING ENE DEADLINE

Stipulation and Order.doc

## ORDER

Pursuant to the Stipulation between the parties, the deadline for the parties to complete the ENE is moved to July 23, 2009.

**IT IS SO ORDERED.**

DATED: March 20, 2009          BY: _____
                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
111 Pine St., Suite 1630
San Francisco,
California 94111

3

STIPULATION AND [PROPOSED] ORDER EXTENDING ENE DEADLINE