ROBERT M. LIEBER, ESQ. SBN: 039976
NAKI M. IRVIN, ESQ. SBN: 094120
CATHY S. BEYDA, ESQ. SBN: 148176
MARGOLIS & TISMAN LLP
111 Pine Street, Suite 1620
Telephone: 415-986-2144
Facsimile: 415-968-4461

Attorneys for Defendant
INDUSTRIAL LIGHT & MAGIC, a division of
LUCASFILM ENTERTAINMENT COMPANY, LTD.

DAVID C. KING, ESQ. SBN: 114990
LAW AND MEDIATION OFFICES OF DAVID C. KING
17 Keller Street
Petaluma, California 94952
Telephone: 707-762-6385
Facsimile: 707-778-1086

Attorney for Plaintiff
THOMAS ROSSETER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROSSETER;<br><br>Plaintiff,<br><br>v.<br><br>INDUSTRIAL LIGHT & MAGIC, a division of LUCASFILM ENTERTAINMENT COMPANY, LTD., a California corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. **CV 08 4545-WHA**<br>Assigned for all Purposes to:<br>Hon. William H. Alsup<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER THEREON<br><br>Action Filed: September 29, 2008<br>Trial Date: February 8, 2010 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), each side to bear their own costs and attorney's fees.

[Signatures on page 2.]

---

STIPULATION TO DISMISS ACTION AND ORDER THEREON

Dated: August 18, 2009

LAW AND MEDIATION OFFICES OF DAVID C. KING

By: /s/ David C. King
DAVID C. KING
Attorneys for
Plaintiff THOMAS ROSSETER

Dated: August 24, 2009

MARGOLIS & TISMAN LLP

By: /s/ Robert M. Lieber
ROBERT M. LIEBER
Attorneys for Defendant
INDUSTRIAL LIGHT & MAGIC, a division of LUCASFILM ENTERTAINMENT COMPANY, LTD.

**ORDER**

IT IS SO ORDERED.

Dated: August 31, 2009

_____
UNITED STATES DISTRICT COURT
WILLIAM ALSUP

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]